UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROB BARBOUR,

    Plaintiff,

v.                                             Case No: 6:17-cv-677-Orl-40GJK

TILLIS PEST CONTROL, INC.,

    Defendant.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion to Approve FLSA Settlement and for Dismissal of All Claims with Prejudice (Doc. 31) filed on December 4, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection (Doc. 33) was filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 5, 2017 (Doc. 32), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve FLSA Settlement and for Dismissal of All Claims with Prejudice (Doc. 31) is **GRANTED IN PART AND DENIED IN PART**.

3. The non-disparagement and non-disclosure provision found in paragraph 3(g) of the Agreement (Doc. 31-1 at 5-6) is **STRICKEN**.

4. The Court **APPROVES** the Agreement to the extent that the Court finds the Agreement, as modified, to be a fair and reasonable resolution of Plaintiff's claims.

5. This case is **DISMISSED with prejudice**.

6. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on December 14, 2017.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties